# UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT
### Chicago, Illinois 60604

March 26, 2007

Hon. JOEL M. FLAUM, Circuit Judge

Hon. DANIEL A. MANION, Circuit Judge

Hon. DIANE S. SYKES, Circuit Judge

| | |
|---|---|
| MARCELLA FANE,<br>    *Plaintiff-Appellant,*<br><br>No. 06-2200      v.<br><br>LOCKE REYNOLDS, LLP,<br>    *Defendant-Appellee.* | ] Appeal from the United States<br>] District Court for the Southern<br>] District of Indiana, Indianapolis<br>] Division.<br>]<br>] No. 04 CV 01010<br>]<br>] John Daniel Tinder<br>]   *Judge.* |

## ORDER

The opinion issued in the above-entitled case on March 14, 2007, is hereby amended as follows:

The first sentence following part 2 on page 10 of the slip opinion should read:

Fane identifies two white employees that she claims were similarly situated and better treated: Donna West, a secretary for the asbestos practice group, and Melissa Hopper, a paralegal in the asbestos practice group.